**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

EUGENE LEON PRICE,

Plaintiff,

v.

E. MARTINEZ, et al.,

Defendants.

Case No. 2:25-cv-08122-FWS-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The undersigned has also independently reviewed Plaintiff's objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: September 10, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE