JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

EUGENE LEON PRICE,

Plaintiff,

v.

E. MARTINEZ, et al.,

Defendants.

Case No. 2:25-cv-08122-FWS-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action be dismissed with prejudice.

Dated: September 10, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE